**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2098**

JAMES R. TACCINO; JANE E. TACCINO,

　　　　　Plaintiffs - Appellants,

　　　　v.

BANK OF AMERICA, Countrywide Home Loans Assignee; UNION
FIRST MORTGAGE, a/k/a DAV Law Enterprises, broker for
Countrywide,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge. (1:10-cv-00316-JFM)

Submitted: February 24, 2011　　Decided: February 28, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James R. Taccino, Jane E. Taccino, Appellants Pro Se.  Glenn
Cline, Charles Scott Hirsch, BALLARD SPAHR, LLP, Baltimore,
Maryland; Marc Ominsky, CHAIFETZ & COYLE, PC, Columbia,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Taccino and Jane E. Taccino appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taccino v. Bank of America, No. 1:10-cv-00316-JFM (D. Md. Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED